AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   11-cv-01560-ESH |
| AT&T Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Commonwealth of Massachusetts

Date:   10/07/2011

/s/ Michael P. Franck
*Attorney's signature*

Michael P. Franck (MA BBO No. 668132)
*Printed name and bar number*

Office of the Attorney General
One Ashburton Place
Boston, MA 02108
*Address*

michael.franck@state.ma.us
*E-mail address*

(617) 963-2613
*Telephone number*

(617) 722-0184
*FAX number*