UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF NEW YORK, STATE OF WASHINGTON, STATE OF CALIFORNIA, STATE OF ILLINOIS, COMMONWEALTH OF MASSACHUSETTS, STATE OF OHIO, COMMONWEALTH OF PENNSYLVANIA, and COMMONWEALTH OF PUERTO RICO<br><br>*Plaintiffs,*<br><br>v.<br><br>AT&T INC., T-MOBILE USA, INC., and DEUTSCHE TELEKOM AG,<br><br>*Defendants.* | Civil No. 11-01560 (ESH) |

AFFIDAVIT OF HON. RICHARD A. LEVIE (RET.) PURSUANT TO F. R. CIV. P. 53(b)(3) and 28 U.S.C. § 455

1. My name is Richard A. Levie. I am over the age of 21, and I have personal knowledge of and am competent to testify to the matters contained herein.

2. I currently serve as a Mediator, Arbitrator and Special Master with JAMS. My business address is 555 13th Street, NW; Washington, DC 20004.

3. I previously served for 15 years as a judge in the Superior Court for the District of Columbia from 1985 to 2000, including as presiding judge for the civil division. I also sat by designation on the D.C. Court of Appeals in 1994 and 1997. I have served, or am serving, as a Special Master in a number of civil cases and one criminal case.

4. I submit this Affidavit in connection with and pursuant to the Order designating me as Special Master.

5. I have previously disclosed to counsel all matters in which I have served as a mediator, arbitrator or special master involving any party to or counsel for any party in this action.

6. Pursuant to 28 U.S.C. § 455 and Fed. R. Civ. P. 53(b)(3)(A) I know of no matters and there are no reasons disqualifying me from serving as Special Master in this case.

FURTHER AFFIANT SAYETH NOT.

*Richard A. Levie*

RICHARD A. LEVIE

Dated: October 6, 2011

Washington, District of Columbia, ss:

Before me, the undersigned authority, on this day personally appeared Richard A. Levie, known to me to be the person whose name is subscribed to the foregoing instrument, and upon his oath acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Subscribed to and Sworn to before me, in my presence, this 6th day of October, 2011.

(SEAL)

Veronica Wightman
Notary Public, D.C.

My commission expires on January 13, 2015.