AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 11-1560 (ESH) |
| AT&T Inc., et al. | ) | |
| Defendant | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America

Date: 10/11/2011

*Attorney's signature*

Christine A. Hill (461048)
*Printed name and bar number*

United States Department of Justice
Antitrust Division
450 Fifth Street, N.W., Suite 8700
Washington, D.C. 20530
*Address*

christine.hill@usdoj.gov
*E-mail address*

(202) 305-2738
*Telephone number*

(202) 305-0673
*FAX number*