**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>    *Plaintiffs,*<br><br>  v.<br><br>AT&T INC., et al.,<br><br>    *Defendants.* | Case No. 1:11-cv-01560-ESH |

**[PROPOSED] ORDER**

Upon review and consideration of the Joint Motion to Intervene of nonparties Sprint Nextel Corporation, Cellular South, Inc., and Corr Wireless Communications, L.L.C. (together, "Petitioners"), it is this _____ day of _____, 2011, hereby

**ORDERED**, that Petitioners' Joint Motion to Intervene is **GRANTED**.

**SO ORDERED**.

_____
Hon. Ellen S. Huvelle
UNITED STATES DISTRICT JUDGE

Copies served upon:
Electronic Service List