**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., ) | |
|          *Plaintiffs,* ) | |
|     v. ) | Case No. 1:11-cv-01560-ESH |
| AT&T INC., et al., ) | |
|          *Defendants.* ) | |

**[PROPOSED] ORDER**

Upon review and consideration of the Motion to Expedite the briefing schedules for the Joint Motion to Intervene and Joint Motion to Amend the Protective Order Pursuant to Rule 26(c) by Sprint Nextel Corporation, Cellular South, Inc., and Corr Wireless Communications, L.L.C. (together, "Petitioners"), it is this _____ day of _____, 2011, hereby

**ORDERED** that the Motion to Expedite is **GRANTED**; and it is further

**ORDERED,** that opposition briefs to Petitioners' Joint Motion to Intervene and Joint Motion to Amend the Protective Order Pursuant to Rule 26(c) are to be filed by October 17, 2011; Petitioners' replies are to be filed by October 20, 2011. These motions are set for argument on October 24, 2011.

**SO ORDERED**.

                                                          Hon. Ellen S. Huvelle
                                                  UNITED STATES DISTRICT JUDGE

Copies served upon:
Electronic Service List