UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                              Plaintiffs,<br>    v.<br><br>AT&T INC., et al.,<br><br>                              Defendants. | Civil Action No. 1:11-cv-01560-ESH<br><br>Hon. Ellen S. Huvelle |

## NOTICE OF FILING

Non-party Google Inc. ("Google") gives notice of filing of a letter, attached hereto as Exhibit A, addressed to Judges Ellen S. Huvelle and Richard A. Levie concerning Google's motion for additional relief under the protective order (Dkt. No. 34-2).

Dated:  October 12, 2011

    AXINN, VELTROP & HARKRIDER LLP

By: /s/ Michael L. Keeley

Michael L. Keeley (No. 996081)
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 912-4700
Facsimile: (202) 912-4701
mlk@avhlaw.com

John D. Harkrider (*pro hac vice*)
Daniel S. Bitton (*pro hac vice*)
114 West 47th Street, 22nd Floor
New York, NY 10036
Telephone: (212) 728-2200
Facsimile:  (212) 728-2201
jdh@avhlaw.com
dsb@avhlaw.com

*Attorneys for Non-Party Google Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 12, 2011, I caused a copy of the foregoing to be filed using the Court's CM/ECF system, which will send e-mail notification of such filing to counsel of record.  This document is available for viewing and downloading on the CM/ECF system.

                                                  /s/ Michael L. Keeley
                                                  Michael L. Keeley