**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *Plaintiffs*, v. AT&T INC., et al., *Defendants*. | Case No. 1:11-cv-01560-ESH (Referred to Special Master Levie) |

**NOTICE OF FILING**

Defendants give notice of filing of a letter, attached hereto as Exhibit A, addressed to Judges Ellen S. Huvelle and Richard A. Levie concerning Google's letter of October 12, 2011, regarding its motion to amend the Protective Order [ECF No. 34-2].

Dated: October 12, 2011

Respectfully submitted,

*/s/ Mark C. Hansen*
Mark C. Hansen, D.C. Bar # 425930
Michael K. Kellogg, D.C. Bar # 372049
Kellogg, Huber, Hansen, Todd,
  Evans & Figel, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
(202) 326-7900

Richard L. Rosen, D.C. Bar # 307231
Donna E. Patterson, D.C. Bar # 358701
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
(202) 942-5000

Wm. Randolph Smith, D.C. Bar # 356402
Kathryn D. Kirmayer, D.C. Bar # 424699
Crowell & Moring, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2500

*Counsel for AT&T Inc.*


George S. Cary, D.C. Bar # 285411
Mark W. Nelson, D.C. Bar # 442461
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1500

Richard G. Parker, D.C. Bar # 327544
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300

*Counsel for T-Mobile USA, Inc. and
  Deutsche Telekom AG*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 12, 2011, I caused the foregoing Notice of Filing to be filed using the Court's CM/ECF system, which will send e-mail notification of such filings to counsel of record. This document is available for viewing and downloading on the CM/ECF system.

                                        */s/ Mark C. Hansen*
                                        Mark C. Hansen