# EXHIBIT A

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209

---

(202) 326-7900

FACSIMILE:
(202) 326-7999

October 12, 2011

<u>VIA ECF and E-MAIL</u>

The Honorable Ellen S. Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

The Honorable Richard A. Levie
2809 University Terrace, N.W.
Washington, D.C. 20016

   RE: *USA, et al. v. AT&T, Inc., et al.*, Case No. 1:11-cv-01560

Dear Judges Huvelle and Levie:

  I write regarding Google's letter from earlier today, in which it sought clarification on the due date for its reply in support of its motion to amend the Protective Order. Defendants proposed October 14, 2011, as the due date for Google's reply so that the motion would be fully briefed in time for Judge Levie to resolve it at the conference scheduled for October 18, 2011, at 8:30 a.m. Prompt resolution of Google's motion is necessary because, while its motion is pending, Google is refusing to permit the Department of Justice to provide Defendants with the confidential documents that Google produced in response to the Department's Civil Investigative Demand.

            Respectfully submitted,

            */s/ Mark C. Hansen*

            Mark C. Hansen

Enclosures

cc: Plaintiffs' Counsel
   Counsel for Google