IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 11-01560 (ESH) |
| AT&T Inc. et al. | |
| Defendants. | |

# Appearance of Counsel

To:   The Clerk of Court and All Parties of Record

I am admitted to practice in this Court under LCvR 83.2(f), being of good standing of the bar of the Illinois Supreme Court and representing the State of Illinois, and hereby certify, as LCvR 83.2(j) requires, that I have personal familiarity with the Local Rules of this Court.

Date: October 18, 2011

By: /s/ Chadwick O. Brooker

Chadwick O. Brooker
Assistant Attorney General
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, Illinois 60601
(312) 793-3891
Fax: (312) 814-4209
cbrooker@atg.state.il.us
*Counsel for the State of Illinois*