AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:11-cv-01560 (ESH) |
| AT&T Inc., et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AT&T Inc.

Date: 10/20/2011

/s/ Donna E. Patterson
*Attorney's signature*

Donna E. Patterson (DC Bar # 358701)
*Printed name and bar number*

Arnold & Porter LLP
555 12th Street NW
Washington, DC 20004

*Address*

Donna.Patterson@aporter.com
*E-mail address*

(202) 942-5006
*Telephone number*

(202) 942-5999
*FAX number*