**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>       *Plaintiffs*,<br><br>v.<br><br>AT&T INC., et al.,<br><br>       *Defendants*. | Case No. 1:11-cv-01560 (ESH) |

**[PROPOSED] ORDER GRANTING MOTION TO COMPEL RESPONSES BY SPRINT NEXTEL CORP. TO DEFENDANT AT&T INC.'S RULE 45 SUBPOENA**

Upon review and consideration of the Motion To Compel Responses by Sprint Nextel Corp. to Defendant AT&T Inc.'s Rule 45 Subpoena, it is this _____ day of _____, 2011, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Sprint Nextel Corp. comply with the terms of AT&T Inc.'s Rule 45 Subpoena and immediately provide AT&T Inc. with any and all information responsive to the subpoena.

**IT IS SO ORDERED.**

                                                                           _____
                                                                             Hon. Richard A. Levie (Ret.)
                                                                                  Special Master

Copies served upon:
Electronic Service List