AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:11-cv-01560-ESH |
| AT&T Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AT&T, Inc.

Date: 10/24/2011

/s/ Steven F. Benz
*Attorney's signature*

Steven F. Benz, 428026
*Printed name and bar number*

Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
1615 M Street, N.W., Suite 400
Washington, DC 20036
*Address*

sbenz@khhte.com
*E-mail address*

(202) 326-7929
*Telephone number*

(202) 326-7999
*FAX number*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 24, 2011, I caused the foregoing Appearance of Counsel to be filed using the Court's CM/ECF system, which will send e-mail notification of such filings to counsel of record.  This document is available for viewing and downloading on the CM/ECF system.

                                            */s/ Steven F. Benz*
                                            Steven F. Benz