## STATEMENT OF COMPLIANCE WITH LCvR 7(m)

Pursuant to LCvR 7(m), on October 27, 2011, and October 28, 2011, counsel for Sprint met and conferred with counsel for AT&T to discuss Sprint's objections to AT&T's subpoena and potential resolution of AT&T's pending motion to compel.  Sprint and AT&T are at an impasse and Sprint now files this Motion to Quash Subpoena.

*/s/ Tara L. Reinhart*
Tara L. Reinhart (D.C. Bar No. 462106)
*Counsel for Sprint Nextel Corporation*