**CERTIFICATE OF SERVICE**

    I hereby certify that, on October 28, 2011, I caused the foregoing Motion to Quash Subpoena to be filed using the Court's CM/ECF system. I also caused the foregoing document to be mailed via electronic mail to:

    The Honorable Richard A. Levie
    JAMS
    555 13th Street, NW, Suite 400 West
    Washington, DC 20004
    Tel. (202) 533-2056
    ralevie@gmail.com; rlevie@jamsadr.com
      *With two hard copies by hand-delivery

    Matthew C. Hammond
    202-305-8541
    matthew.hammond@usdoj.gov

    Katherine Celeste
    U.S. Department of Justice, Antitrust Division
    450 Fifth Street, N.W., Suite 7000
    Washington, DC 20001
    202-532-4713
    202-514-5381 (fax)
    katherine.celeste@usdoj.gov

    *Counsel for the United States*

    Geralyn J. Trujillo
    STATE OF NEW YORK
    Office of the Attorney General
    Antitrust Bureau
    120 Broadway, 26th Floor
    New York, NY 10271
    Tel: 212-416-6677
    Fax: 212-416-6015
    Geralyn.Trujillo@ag.ny.gov

David M. Kerwin
STATE OF WASHINGTON
Office of Attorney General
Antitrust Division
800 Fifth Avenue, S. 2000
Seattle, WA 98104
Tel: 206-464-7030
Fax: 206-464-6338
davidk3@atg.wa.gov

*Representative Counsel for the Plaintiff States*


Michael K. Kellogg
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
1615 M Street, N.W.
Suite 400
Washington, DC  20036
202-326-7902
mkellogg@khhte.com

*Counsel for Defendant AT&T Inc.*


Mark W. Nelson
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington DC  20006
202-974-1622
mnelson@cgsh.com

*Counsel for Defendants T-Mobile USA, Inc., and Deutsche Telekom AG*


      */s/ Tara L. Reinhart*
      Tara L. Reinhart (D.C. Bar No. 462106)
      *Counsel for Sprint Nextel Corporation*