**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,  )<br>  )<br>*Plaintiffs,*  )<br>  )<br>v.  )<br>  )<br>AT&T INC., et al.,  )<br>  )<br>*Defendants.*  ) | Case No. 1:11-cv-01560-ESH |

**[PROPOSED] ORDER**

Upon consideration of the Motion to Quash Subpoena filed by Sprint Nextel Corporation, a nonparty to the above-captioned action, and any opposition thereto, it is hereby

**ORDERED** that nonparty Sprint Nextel Corporation's Motion is **GRANTED**.

**IT IS SO ORDERED.**

DATED: _____, 2011

_____
Hon. Richard A. Levie (Ret.)
Special Master

Copies served upon:
Electronic Service List