**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> AT&T INC. et al., <br><br> *Defendants*. | Civil Action No. 11-01560 (ESH) |

### UNITED STATES' UNOPPOSED MOTION TO ENTER SECOND AMENDED STIPULATED PROTECTIVE ORDER CONCERNING CONFIDENTIALITY

Plaintiff, the United States of America, respectfully moves the Court, pursuant to Fed. R. Civ. P. 26(c)(1)(G), to enter the attached, proposed Second Amended Stipulated Protective Order Concerning Confidentiality. Entry of the proposed Order would resolve issues raised in non-party Google Inc.'s Motion for Additional Relief under the Protective Order, and also makes minor changes, recognizing, for instance, the appointment of Special Master Levie. A version of the proposed Order showing the proposed changes to the existing Protective Order is also attached. Pursuant to LCvR 7(m), counsel for the parties and non-party Google have conferred and none oppose this motion.

Dated this 8th day of November 2011.

Respectfully submitted,

                              FOR PLAINTIFF UNITED STATES OF AMERICA:

                              __/s/ Matthew C. Hammond_____
                              Matthew C. Hammond
                              Attorney
                              U.S. Department of Justice, Antitrust Division
                              Telecommunications & Media
                                Enforcement Section
                              450 Fifth Street, N.W., Suite 7000
                              Washington, DC  20530
                              Phone: (202) 514-5621
                              Facsimile: (202) 514-6381
                              matthew.hammond@usdoj.gov

## CERTIFICATE OF SERVICE

I, Matthew C. Hammond, hereby certify that on November 8, 2011, I caused a true and correct copy of the foregoing United States' Unopposed Motion to Enter Second Amended Stipulated Protective Order Concerning Confidentiality to be served via electronic mail on:

<u>For Defendant AT&T Inc.</u>:
Steven F. Benz
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
sbenz@khhte.com

<u>For Defendants T-Mobile USA, Inc. and Deutsche Telekom AG</u>:
Patrick Bock
Cleary Gottlieb Steen & Hamilton LLP
pbock@cgsh.com

<u>For Plaintiff States</u>:
Geralyn J. Trujillo
Office of the Attorney General, State of New York
geralyn.trujillo@ag.ny.gov

David M. Kerwin
Office of the Attorney General, State of Washington
davidk3@atg.wa.gov

<u>For Google, Inc.</u>:
John D. Harkrider
Daniel S. Bitton
Axinn, Veltrop & Harkrider LLP


/s/ Matthew C. Hammond