**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | |
| *Plaintiffs*, | |
| v. | Case No. 1:11-cv-01560 (ESH) |
| AT&T INC., et al., | |
| *Defendants*. | **Discovery Matter:  Referred to Special Master Levie** |

**MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL FILING REGARDING
PROPOSED ORDERS GOVERNING TRIAL WITNESSES**

Defendants respectfully seek leave to submit a brief statement to correct a factual

misstatement in Plaintiffs' Supplemental Statement Respecting Trial Witnesses (ECF No. 77).

The misstatement appears in footnote 2 of Plaintiffs' statement, in which Plaintiffs assert that

Defendants "already have extended to June" the termination date for the transaction.  Pl. Mem. at

3 n.2.  As explained in the attached memorandum, that is incorrect.  Defendants seek to correct

the record with respect to Plaintiffs' statement, which involves a material term of the transaction.

Dated: November 11, 2011                    Respectfully submitted,


                                            *s/ Mark C. Hansen*
                                            Mark C. Hansen, D.C. Bar # 425930
                                            Michael K. Kellogg, D.C. Bar # 372049
                                            Kellogg, Huber, Hansen, Todd,
                                                Evans & Figel, P.L.L.C.
                                            1615 M Street, NW, Suite 400
                                            Washington, DC 20036
                                            (202) 326-7900

                                            Richard L. Rosen, D.C. Bar # 307231
                                            Donna E. Patterson, D.C. Bar # 358701
                                            Arnold & Porter LLP
                                            555 Twelfth Street, NW
                                            Washington, DC 20004-1206
                                            (202) 942-5000

                                            Wm. Randolph Smith, D.C. Bar # 356402
                                            Kathryn D. Kirmayer, D.C. Bar # 424699
                                            Crowell & Moring, LLP
                                            1001 Pennsylvania Avenue, NW
                                            Washington, DC 20004
                                            (202) 624-2500

                                            *Counsel for AT&T Inc.*


                                            George S. Cary, D.C. Bar # 285411
                                            Mark W. Nelson, D.C. Bar # 442461
                                            Cleary Gottlieb Steen & Hamilton LLP
                                            2000 Pennsylvania Avenue, NW
                                            Washington, DC 20006
                                            (202) 974-1500

                                            Richard G. Parker, D.C. Bar # 327544
                                            O'Melveny & Myers LLP
                                            1625 Eye Street, NW
                                            Washington, DC 20006
                                            (202) 383-5300

                                            *Counsel for T-Mobile USA, Inc. and
                                                Deutsche Telekom AG*

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | |
| *Plaintiffs*, | |
| v. | Case No. 1:11-cv-01560 (ESH) |
| AT&T INC., et al., | |
| *Defendants*. | **Discovery Matter:  Referred to Special Master Levie** |

**SUPPLEMENTAL FILING REGARDING**
**PROPOSED ORDERS GOVERNING TRIAL WITNESSES**

Defendants respectfully submit the following brief statement to correct a factual

misstatement in Plaintiffs' Supplemental Statement Respecting Trial Witnesses (ECF No. 77).

In that filing, Plaintiffs assert (at 3 n.2) that Defendants "already have extended to June"

the termination date for the transaction — that is, the date after which, but prior to the closing

date, either party to the transaction may abandon the transaction.[1]  That is incorrect.  Defendants

have not extended the termination date for the transaction.

In making this claim, Plaintiffs cite to AT&T Inc.'s recent 10-Q filing, in which AT&T

updated its guidance on its anticipated *closing* date for the transaction, which is different from

the termination date in the Stock Purchase Agreement.  In AT&T's 10-Q filing for the second

quarter of 2011 — the last filing prior to the initiation of this lawsuit — AT&T stated that it

"anticipate[d] closing the transaction by the end of the first quarter of 2012."  AT&T Inc.,

Quarterly Report at 16 (Form 10-Q) (Aug. 5, 2011).  In its recent 10-Q filing, AT&T notes the

---

[1] *See* Stock Purchase Agreement by and between Deutsche Telekom AG and AT&T Inc. § 7.2(a) (Mar. 20, 2011).  That date is currently March 20, 2012, though the date may be extended if certain conditions are met.

Plaintiffs' lawsuit and the fact that a "trial date has been set for February 13, 2012."  AT&T Inc.,

Quarterly Report at 17 (Form 10-Q) (Nov. 3, 2011).  AT&T then states that it "anticipate[s]

closing the transaction in the first half of 2012."  *Id.*  That updated guidance to the marketplace

simply reflects the realities with respect to the closing date that AT&T recognizes follow from

that trial date, such as the 4 to 6 week trial, the time required for the Judge to rule following the

trial, and the time needed for remaining regulatory approvals.[2]  Defendants, however, have not

extended the termination date in the Stock Purchase Agreement.

---

[2] Plaintiffs also cite a Wall Street Journal article.  But that article simply reports on the amended guidance in the 10-Q filing.  It does not state that Defendants have extended the termination date for the transaction; they have not.  *See* Greg Bensinger, *AT&T Sees Later Closing for T-Mobile Deal*, Wall St. J. Online (Nov. 4, 2011) ("AT&T said in a regulatory filing it expects to close the $39 billion takeover of T-Mobile, a unit of Deutsche Telekom AG, by the end of next year's first half.  It had originally expected the deal to close by the end of March.").

Dated: November 11, 2011                    Respectfully submitted,


                                            *s/ Mark C. Hansen*
                                            Mark C. Hansen, D.C. Bar # 425930
                                            Michael K. Kellogg, D.C. Bar # 372049
                                            Kellogg, Huber, Hansen, Todd,
                                                Evans & Figel, P.L.L.C.
                                            1615 M Street, NW, Suite 400
                                            Washington, DC 20036
                                            (202) 326-7900

                                            Richard L. Rosen, D.C. Bar # 307231
                                            Donna E. Patterson, D.C. Bar # 358701
                                            Arnold & Porter LLP
                                            555 Twelfth Street, NW
                                            Washington, DC 20004-1206
                                            (202) 942-5000

                                            Wm. Randolph Smith, D.C. Bar # 356402
                                            Kathryn D. Kirmayer, D.C. Bar # 424699
                                            Crowell & Moring, LLP
                                            1001 Pennsylvania Avenue, NW
                                            Washington, DC 20004
                                            (202) 624-2500

                                            *Counsel for AT&T Inc.*


                                            George S. Cary, D.C. Bar # 285411
                                            Mark W. Nelson, D.C. Bar # 442461
                                            Cleary Gottlieb Steen & Hamilton LLP
                                            2000 Pennsylvania Avenue, NW
                                            Washington, DC 20006
                                            (202) 974-1500

                                            Richard G. Parker, D.C. Bar # 327544
                                            O'Melveny & Myers LLP
                                            1625 Eye Street, NW
                                            Washington, DC 20006
                                            (202) 383-5300

                                            *Counsel for T-Mobile USA, Inc. and
                                                Deutsche Telekom AG*

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2011, I caused the foregoing document to be filed

using the Court's CM/ECF system, which will send e-mail notification of such filings to counsel

of record.  This document is available for viewing and downloading on the CM/ECF system.  A

copy of the foregoing also shall be served via electronic mail on:

Special Master                    The Honorable Richard A. Levie, ralevie@gmail.com
                                  rlevie@jamsadr.com
                                  Elizabeth M. Gerber, elizabethmgerber@gmail.com
                                  JAMS
                                  555 13th Street, NW, Suite 400 West
                                  Washington, DC 20004
                                  Tel. (202) 533-2056
                                  *With two hard copies by hand-delivery

United States of America          Claude F. Scott, Jr., claude.scott@usdoj.gov
                                  Hillary B. Burchuk, hillary.burchuk@usdoj.gov
                                  Lawrence M. Frankel, lawrence.frankel@usdoj.gov
                                  Matthew C. Hammond, matthew.hammond@usdoj.gov
                                  U.S. Department of Justice
                                  Antitrust Division
                                  450 5th Street, NW, Suite 7000
                                  Washington, DC 20001
                                  Tel. (202) 353-0378

                                  Joseph F. Wayland, joseph.wayland@usdoj.gov
                                  U.S. Department of Justice
                                  950 Pennsylvania Avenue, NW, Suite 3121
                                  Washington, DC 20530
                                  Tel. (202) 514-1157

State of California               Quyen D. Toland, quyen.toland@doj.ca.gov
                                  Office of the Attorney General
                                  Antitrust Section
                                  455 Golden Gate Avenue, Suite 11000
                                  San Francisco, CA 94102
                                  Tel. (415) 703-5518

State of Illinois

Robert W. Pratt, rpratt@atg.state.il.us
Office of the Attorney General
100 West Randolph Street
Chicago, IL 60601
Tel. (312) 814-3722

Commonwealth of Massachusetts

William T. Matlack, william.matlack@state.ma.us
Michael P. Franck, michael.franck@state.ma.us
Office of the Attorney General
Antitrust Division
One Ashburton Place, 18th Floor
Boston, MA 02108
Tel. (617) 963-2414

State of New York

Richard L. Schwartz, richard.schwartz@oag.state.ny.us
Geralyn J. Trujillo, geralyn.trujillo@ag.ny.gov
Matthew D. Siegel, matthew.siegel@ag.ny.gov
Office of the Attorney General
Antitrust Bureau
120 Broadway, Suite 2601
New York, NY 10271
Tel. (212) 416-8284

State of Ohio

Jennifer L. Pratt, jennifer.pratt@ohioattorneygeneral.gov
Jessica L. Brown, jessica.brown@ohioattorneygeneral.gov
Office of the Attorney General
Antitrust Division
150 E. Gay St – 23rd Floor
Columbus, OH 43215
Tel. (614) 466-4328

Commonwealth of Pennsylvania

James A. Donahue , III, jdonahue@attorneygeneral.gov
Joseph S. Betsko, jbetsko@attorneygeneral.gov
Office of the Attorney General
Antitrust Section
14th Floor, Strawberry Square
Harrisburg, PA 17120
Tel. (717) 787-4530

Commonwealth of Puerto Rico

José G. Diaz-Tejera, jdiaz@justicia.pr.gov
Nathalia Ramos-Martínez, nramos@justicia.pr.gov
Department of Justice
Office of Monopolistic Affairs
P.O. Box 190192
San Juan, PR 00901-0192
Tel. (787) 721-2900

State of Washington                David M. Kerwin, davidk3@atg.wa.gov
                                   Office of the Attorney General
                                   800 Fifth Avenue, Suite 2000
                                   Seattle, WA 98104
                                   Tel. (206) 464-7030


                                   */s/ Mark C. Hansen*
                                   Mark C. Hansen