**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA et al., | |
| *Plaintiffs*, | |
| | Civil Action No. 11-01560 (ESH) |
| v. | |
| | Referred to Special Master  Levie |
| AT&T INC. et al., | |
| *Defendants*. | |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENTAL FILING
REGARDING PROPOSED ORDERS GOVERNING TRIAL WITNESSES**

Plaintiffs have no objection to the motion or clarification.

Dated:  November 14, 2011                    Respectfully submitted,

                                             /s/ Joseph F. Wayland
Richard L. Schwartz                          Joseph F. Wayland
Geralyn J. Trujillo                          Deputy Assistant Attorney General
Mary Ellen Burns
Keith H. Gordon                              /s/ Matthew C. Hammond
Matthew D. Siegel                            Matthew C. Hammond
*Counsel for the State of New York*

                                             Laury E. Bobbish
David M. Kerwin                              Claude F. Scott, Jr. (D.C. Bar #414906)
Jonathan A. Mark                             Kenneth M. Dintzer
*Counsel for the State of Washington*        Christine A. Hill (D.C. Bar #461048)
                                             U.S. Department of Justice
Quyen D. Toland                              Antitrust Division
Ben Labow                                    450 Fifth Street, N.W., Suite 7000
*Counsel for the State of California*        Washington, D.C.  20530
                                             Tel:  (202) 514-5621
Robert W. Pratt                              Fax:  (202) 514-6381
Chadwick O. Brooker                          matthew.hammond@usdoj.gov
*Counsel for the State of Illinois*          *Counsel for the United States of America*

William T. Matlack
Michael P. Franck
*Counsel for the Commonwealth of Massachusetts*

Jessica L. Brown
*Counsel for the State of Ohio*

James A. Donahue, III
Joseph S. Betsko
*Counsel for the Commonwealth of Pennsylvania*

José G. Díaz-Tejera
Nathalia Ramos-Martínez
*Counsel for the Commonwealth of Puerto Rico*

## CERTIFICATE OF SERVICE

I, Matthew C. Hammond, hereby certify that on November 14, 2011, I caused a true and correct copy of the foregoing Plaintiffs' Response to Defendants' Supplemental Filing Regarding Proposed Orders Governing Trial Witnesses to be served via electronic mail on:

For Defendant AT&T Inc.:
Steven F. Benz
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C.  20036
Tel:  (202) 326-7929
sbenz@khhte.com

For Defendants T-Mobile USA, Inc. and Deutsche Telekom AG:
Patrick Bock
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Tel:  (202) 974-1922
pbock@cgsh.com

Special Master
Hon. Richard A. Levie
JAMS
555 13th Street, NW, Suite 400 West
Washington, DC  20004
Tel: (202) 533-2024
Fax: (202) 942-9186
rlevie@jamsadr.com


/s/ Matthew C. Hammond