IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    *Plaintiffs,*

  v.

AT&T INC., *et al.,*

    *Defendants.*

Civil Action No. 1:11-cv-01560-ESH

Hon. Ellen S. Huvelle

## NOTICE OF APPEARANCE

Please take notice that Courtney Dyer hereby enters her appearance as co-counsel in the above-captioned case on behalf of Defendants T-Mobile USA, Inc. and Deutsche Telekom AG. She is admitted to and authorized to practice in this Court.

Respectfully Submitted,

/s/ Courtney Dyer
Courtney Dyer (D.C. Bar No. 490805)
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC  20006
(202) 383-5300
*Counsel for Defendants*
*T-Mobile USA, Inc. and Deutsche Telekom AG*

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2011, I electronically filed the foregoing with the Clerk of the Court for the U.S. District of Columbia by using the CM/ECF system.  The CM/ECF system will send e-mail notification of such filings to counsel of record.

Dated:  November 23, 2011

/s/ Courtney Dyer
Courtney Dyer
