IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AT&T INC., et al., ) <br> ) <br> Defendants. ) | Case No. 1:11-cv-01560-ESH <br><br> **Discovery Matter: Referred to Special Master Levie** |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of records: Pursuant to Rule 83.6(a) of the Local Rules of the United States District Court for the District of Columbia please enter the appearance of Jennifer L. Giordano of Latham & Watkins LLP, as counsel of record for Non-Party LightSquared GP, Inc.

Date: December 6, 2011

Respectfully submitted,

Jennifer L. Giordano (D.C. Bar No. 496746)
jennifer.giordano@lw.com
LATHAM & WATKINS LLP
555 11th Street NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Fax: (202) 637-2201

*Attorney for Non-Party LightSquared GP, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify, on this 6th day of December, 2011, that I caused a true and correct copy of Non-Party LightSquared GP, Inc.'s Entry of Appearance to be served upon the following via electronic mail:

Matthew C. Hammond
Katherine Celeste
U.S. Department of Justice
Antitrust Division
450 Fifth Street, N.W., Suite 7000
Washington, DC 20001
matthew.hammond@usdoj.gov
katherine.celeste@usdoj.gov

Attorney for Plaintiff United States

and

Steven F. Benz
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, DC 20036-3209
sbenz@khhte.com

Attorney for Defendant AT&T, Inc.

Jennifer L. Giordano