IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>AT&T INC., et al., )<br>)<br>*Defendants*. )<br>) | Case No. 1:11-cv-01560-ESH |

## DECLARATION OF PATRICIA C. ROBBINS IN SUPPORT OF NON-PARTY LIGHTSQUARED GP, INC.'S MOTION TO QUASH

I, Patricia C. Robbins, declare as follows:

1. I am familiar with the facts set forth herein and, if called and sworn as a witness, I could and would testify competently and from personal knowledge as to the following matters.

2. I am a member of the Bars of the State of New York, the Commonwealth of Virginia, and the District of Columbia, and I am an associate in the law firm of Latham & Watkins, LLP, counsel for non-party LightSquared GP, Inc. ("LightSquared").

3. On or about November 14, 2011, defendant AT&T, Inc. served upon LightSquared a subpoena that commanded LightSquared to testify at a deposition to take place on November 29, 2011, pursuant to Rule 30(b)(6). (Attached hereto as Exhibit A).

4. On November 29, 2011, counsel for LightSquared, counsel for defendants AT&T, T-Mobile USA, Inc., and Deutsche Telekom AG (collectively, "defendants"), and counsel for the U.S. Department of Justice, Antitrust Division executed a letter agreement that, among other

things, scheduled the LightSquared deposition for December 7, 2011. (Attached hereto as Exhibit B).

5. On December 5, 2011, counsel for LightSquared sent a letter to defendants and DOJ requesting that the December 7 deposition be postponed in light of defendants' withdrawal of their applications to the Federal Communications Commission ("FCC") and public statements made by AT&T which suggested that AT&T might abandon or materially change the transaction. (Attached hereto as Exhibit C).

6. Shortly after sending the above-referenced letter on December 5, 2011, I spoke with Scott Angstreich from the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., counsel for AT&T. Mr. Angstreich stated that defendants would not agree to postpone LightSquared's deposition. In a letter transmitted on the same date, Mr. Angstreich reconfirmed AT&T's position. (Attached hereto as Exhibit D).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of December, 2011.

_/s/ Patricia C. Robbins_
Patricia C. Robbins