EXHIBIT D

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209

(202) 326-7900

FACSIMILE:
(202) 326-7999

December 5, 2011

*Via Electronic Mail*

Jennifer L. Giordano, Esq.
Latham & Watkins LLP
555 Eleventh Street, N.W.
Suite 1000
Washington, DC 20004-1304
jennifer.giordano@lw.com

Re:   *United States et al. v. AT&T Inc., et al.*, 11-CV-01560-ESH (D.D.C.)

Dear Ms. Giordano:

I write in response to your letter of today requesting to postpone Defendants' deposition of LightSquared GP, Inc. in the above-referenced case. That deposition is currently scheduled for December 7, 2011, pursuant to an agreement of the parties finalized on November 29, 2011. We do not agree to your request to postpone the deposition, which we intend to take on December 7, 2011, as scheduled.

Although, as you note, on November 23, 2011, Defendants withdrew applications pending at the FCC, none of the deadlines in this case has been modified. Indeed, both party and non-party depositions have taken place, as scheduled, since November 23, 2011, including non-party depositions that took place today.

In addition, on November 29, 2011, the FCC confirmed that Defendants' applications were withdrawn without prejudice. As the Defendants advised the FCC in their November 24, 2011 statements, Defendants intend to seek the necessary FCC approval as soon as practical. And, with regard to the blog posting by Mr. Cicconi that you cite, a decision from the district court in Defendants' favor would constitute "materially changed circumstances."

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

Jennifer L. Giordano
December 5, 2011
Page 2

Sincerely,

Scott H. Angstreich

cc:  E. Marcellus Williamson (via e-mail: marc.williamson@lw.com)
      Yvette Tarlov (via e-mail: yvette.tarlov@usdoj.gov)
      Daniel A. Sasse (via e-mail: dsasse@crowell.com)