**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., | ) ) ) ) ) |
| *Plaintiffs,* | ) ) |
| v. | ) Case No. 1:11-cv-01560-ESH ) |
| AT&T INC., et al., | ) ) ) |
| *Defendants.* | ) ) ) |

**[PROPOSED] ORDER GRANTING**
**NON-PARTY LIGHTSQUARED GP, INC.'S MOTION TO QUASH**

This matter comes before the Court on Non-Party LightSquared GP, Inc.'s Motion to Quash. It appearing that the relief requested should be granted, it is ORDERED that Non-Party LightSquared GP, Inc.'s Motion to Quash is GRANTED. The Court ORDERS that defendant AT&T, Inc.'s subpoena of November 14, 2011 seeking the deposition of Non-Party LightSquared GP, Inc. pursuant to Fed. R. Civ. P. 30(b)(6) is quashed.

Dated: _____, 2011

_____
Hon. Richard A. Levie (Ret.)
Special Master