# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,** *Plaintiffs*, v. **AT&T INC., et al.,** *Defendants*. | Civil Action No. 11-1560 (ESH) |

## ORDER

Upon agreement of the parties, it is hereby **ORDERED** that this action be stayed and that all pretrial and trial deadlines established under prior Orders of the Court be vacated, including the hearing in this action previously scheduled for December 15, 2011.

It is further **ORDERED** that a status conference shall be held in this action on January 18, 2012, at 2 p.m., to address the course of any further proceedings in this action.

It is further **ORDERED** that defendants shall file with the Court by 12 p.m. on January 12, 2012, a status report describing the status of their proposed transaction, including discussion of whether they intend to proceed with the transaction at issue in this litigation, whether they intend to proceed with another transaction, the status of any related proceedings at the Federal Communications Commission, and their anticipated plans and timetable for seeking any necessary approval from the Federal Communications Commission.

**SO ORDERED** this 12th day of December, 2011.

                                                /s/
                                       ELLEN SEGAL HUVELLE
                                       United States District Judge