**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA et al.,<br><br>            *Plaintiffs*,<br><br>      v.<br><br>AT&T INC. et al.,<br><br>            *Defendants*. | Civil Action No. 11-01560 (ESH) |

## **STIPULATION OF DISMISSAL**

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs file this stipulation of dismissal, signed by all parties that have appeared, dismissing this action without prejudice.

Dated this 20th day of December 2011.

Respectfully submitted:

|  |  |
|---|---|
|  | FOR PLAINTIFFS: |
|  |  |
|  | /s/ Joseph F. Wayland |
| /s/ Richard L. Schwartz | Joseph F. Wayland |
| Richard L. Schwartz | Deputy Assistant Attorney General |
| Geralyn J. Trujillo |  |
| Mary Ellen Burns | /s/ Matthew C. Hammond |
| Keith H. Gordon | Matthew C. Hammond |
| Matthew D. Siegel |  |
| *Counsel for the State of New York* | Laury E. Bobbish |
|  | Claude F. Scott, Jr. (D.C. Bar #414906) |
| /s/ David M. Kerwin | Kenneth M. Dintzer |
| David M. Kerwin | Christine A. Hill (D.C. Bar #461048) |
| Jonathan A. Mark | U.S. Department of Justice |
| *Counsel for the State of Washington* | Antitrust Division |
|  | 450 Fifth Street, N.W., Suite 7000 |
| /s/ Quyen D. Toland | Washington, D.C.  20530 |
| Quyen D. Toland | Tel:  (202) 514-5621 |
| Ben Labow | Fax:  (202) 514-6381 |
| *Counsel for the State of California* | matthew.hammond@usdoj.gov |
|  | *Counsel for the United States of America* |

/s/ Robert W. Pratt
Robert W. Pratt
Chadwick O. Brooker
*Counsel for the State of Illinois*

/s/ William T. Matlack
William T. Matlack
Michael P. Franck
*Counsel for the Commonwealth of Massachusetts*

/s/ Jessica L. Brown
Jessica L. Brown
*Counsel for the State of Ohio*

/s/ James A. Donahue, III
James A. Donahue, III
Joseph S. Betsko
*Counsel for the Commonwealth of Pennsylvania*

/s/ José G. Diaz-Tejera

José G. Díaz-Tejera
Nathalia Ramos-Martínez
*Counsel for the Commonwealth of Puerto Rico*

FOR DEFENDANTS:

/s/ Mark C. Hansen
Mark C. Hansen, D.C. Bar # 425930
Michael K. Kellogg, D.C. Bar # 372049
Kellogg, Huber, Hansen, Todd,
Evans & Figel, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
(202) 326-7900

Richard L. Rosen, D.C. Bar # 307231
Donna E. Patterson, D.C. Bar # 358701
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
(202) 942-5000

Wm. Randolph Smith, D.C. Bar # 356402
Kathryn D. Kirmayer, D.C. Bar # 424699
Crowell & Moring, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2500

*Counsel for AT&T Inc.*

/s/ George S. Cary
George S. Cary, D.C. Bar # 285411
Mark W. Nelson, D.C. Bar # 442461
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1500

Richard G. Parker, D.C. Bar # 327544
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300

*Counsel for T-Mobile USA, Inc. and Deutsche Telekom AG*